Warrant for Arrest

# United States District Court

COPY

RECEIVED

## NORTHERN DISTRICT OF WEST VIRGINIA

05 NOV -9 AM 10: 25

UNITED STATES OF AMERICA

UNITED STATES MARSHAL NORTHERN/WEST VIRGINIA CLARKSBURG

V.

## WARRANT FOR ARREST

CASE NUMBER: 1:04CR12

OMAR PARKS a/k/a "CASH"

1:07-M-33M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest OMAR PARKS a/k/a "CASH"

and bring him forthwith to the nearest magistrate to answer a(n)

X Indictment Information Complaint Order of court Violation Notice Probation Violation Petition

charging him with (brief description of offense)

Drug conspiracy - 1 count
Distribution of crack, aiding and abetting - 2 counts

Title 18 United States Code, Section(s) 2

in violation of Title 21 United States Code, Section(s) 841(a)(1), 841(b)(1)(A)(iii), 841(b)(1)(C), 846

John S. Kaull
Name of Issuing Officer

US Magistrate Judge
Title of Issuing Officer

John S. Kaull
Signature of Issuing Officer

November 8, 2005 Clarksburg WV
Date and Location

Bail fixed at $ ______________ by ______________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ______________ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
JAN 8 - 2004
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

UNITED STATES OF AMERICA,
Plaintiff,

v.

Criminal No. 1:04CR12

Violations: 18 USC §2
21 USC §841(a)(1)
21 USC §841(b)(1)(A)(iii)
21 USC §841(b)(1)(C)
21 USC §846

TRUE NAME UNKNOWN, a/k/a "CHOKE",
DUPRE E. PHILLIPS, a/k/a "BLUE",
OMAR ALBERTO JACK, a/k/a "G", "GRATES",
JILLIAN F. HUENKE,
KENNETH R. BUZZO,
TRUE NAME UNKNOWN, a/k/a "BRAT"",
TRUE NAME UNKNOWN, a/k/a "CASH"", and
TRUE NAME UNKNOWN, a/k/a "BEAR",
Defendants.

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

From in or about the Spring, 2003, and continuing until December, 2003, within the Northern District of West Virginia and elsewhere, the defendants, **DUPRE E. PHILLIPS, a/k/a "BLUE", OMAR ALBERTO JACK, JILLIAN F. HUENKE, KENNETH R. BUZZO, TRUE NAME UNKNOWN, a/k/a "CHOKE", TRUE NAME UNKNOWN, a/k/a "BRAT", TRUE NAME UNKNOWN, a/k/a "CASH", and TRUE NAME UNKNOWN, a/k/a BEAR,** did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with each other and with other persons known and unknown to the Grand Jury, to commit an offense against the United States, to wit, to violate Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(iii). It was

DEC 14 2006 09:42 FR US MARSHALS CLARKSBUR304 623 5326 TO 1010333#94015285 P.04/15
Case 1:04-cr-0 -IMK Document 1 Filed 01/0 /04 Page 2 of 13

a purpose and object of the conspiracy knowingly and intentionally to possess with intent to distribute and to distribute in excess of 50 grams of cocaine base, also known as "crack", a Schedule II narcotic drug-controlled substances, as designated by Title 21, United States Code, Section 812(c), Schedule II (a)(4); in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(iii).

COUNT TWO

On or about May 2, 2003, in Monongalia County, within the Northern District of West Virginia, the defendant, **TRUE NAME UNKNOWN**, a/k/a **"BRAT"**, did unlawfully, knowingly, intentionally, and without authority distribute approximately .61 grams of cocaine base, also known as "crack", a Schedule II, narcotic drug-controlled substance, as designated by Title 21, United States Code, Section 812(c), Schedule II (a)(4), to a person known to the Grand Jury, in exchange for $200.00, in violation of Title 21, United States Code, Sections 841(a)(1) and 841 (b)(1)(C).

**COUNT THREE**

On or about May 7, 2003, in Monongalia County, within the Northern District of West Virginia, the defendant, **TRUE NAME UNKNOWN, "CHOKE"**, did unlawfully, knowingly, intentionally, and without authority distribute approximately .42 grams of cocaine base, also known as "crack", a Schedule II, narcotic drug-controlled substance, as designated by Title 21, United States Code, Section 812(c), Schedule II (a)(4), to a person known to the Grand Jury, in exchange for $100.00, in violation of Title 21, United States Code, Sections 841(a)(1) and 841 (b)(1)(C).

**COUNT FOUR**

On or about May 15, 2003, in Monongalia County, within the Northern District of West Virginia, the defendant, **TRUE NAME UNKNOWN, a/k/a "BEAR"**, did unlawfully, knowingly, intentionally, and without authority distribute approximately .87 grams of cocaine base, also known as "crack", a Schedule II, narcotic drug-controlled substance, as designated by Title 21, United States Code, Section 812(c), Schedule II (a)(4), to a person known to the Grand Jury, in exchange for $200.00, in violation of Title 21, United States Code, Sections 841(a)(1) and 841 (b)(1)(C).

**COUNT FIVE**

On or about May 16, 2003, in Monongalia County, within the Northern District of West Virginia, the defendants, **TRUE NAME UNKNOWN, a/k/a "CHOKE"** and **TRUE NAME UNKNOWN, a/k/a "BEAR"**, aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority distribute approximately .44 grams of cocaine base, also known as "crack", a Schedule II, narcotic drug-controlled substance, as designated by Title 21, United States Code, Section 812(c), Schedule II (a)(4), to a person known to the Grand Jury, in exchange for $100.00, in violation of Title 21, United States Code, Sections 841(a)(1) and 841 (b)(1)(C), and Title 18, United States Code, Section 2.

DEC 14 2006 09:42 FR US MARSHALS CLARKSBUR304 623 5708 P.09/15

## COUNT SIX

On or about May 27, 2003, in Monongalia County, West Virginia, within the Northern District of West Virginia, defendant, KENNETH RAY BUZZO, did unlawfully knowingly, intentionally, and without authority to distribute approximately .93 grams of cocaine base, also known as "crack," a Schedule II, narcotic drug-controlled substance, as designated by Title 21, United States Code, Section 812(c), Schedule II(a)(4), to a person known to the Grand Jury, in exchange for $200.00, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**COUNT SEVEN**

On or about June 2, 2003, in Monongalia County, within the Northern District of West Virginia, the defendants, **TRUE NAME UNKNOWN, a/k/a "BEAR"** and **TRUE NAME UNKNOWN, a/k/a "CASH"**, aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority distribute approximately .86 grams of cocaine base, also known as "crack", a Schedule II, narcotic drug-controlled substance, as designated by Title 21, United States Code, Section 812(c), Schedule II (a)(4), to a person known to the Grand Jury, in exchange for $200.00, in violation of Title 21, United States Code, Sections 841(a)(1) and 841 (b)(1)(C), and Title 18, United States Code, Section 2.

**COUNT EIGHT**

On or about June 3, 2003, in Monongalia County, within the Northern District of West Virginia, the defendants, **DUPRE E. PHILLIPS**, a/k/a "**BLUE**" and **TRUE NAME UNKNOWN**, a/k/a "**CASH**", aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority distribute approximately .87 grams of cocaine base, also known as "crack", a Schedule II, narcotic drug-controlled substance, as designated by Title 21, United States Code, Section 812(c), Schedule II (a)(4), to a person known to the Grand Jury, in exchange for $200.00, in violation of Title 21, United States Code, Sections 841(a)(1) and 841 (b)(1)(C), and Title 18, United States Code, Section 2.

**COUNT NINE**

On or about June 11, 2003, in Monongalia County, within the Northern District of West Virginia, the defendant, **DUPRE E. PHILLIPS, a/k/a "BLUE"**, did unlawfully, knowingly, intentionally, and without authority distribute approximately .48 grams of cocaine base, also known as "crack", a Schedule II, narcotic drug-controlled substance, as designated by Title 21, United States Code, Section 812(c), Schedule II (a)(4), to a person known to the Grand Jury, in exchange for $100.00, in violation of Title 21, United States Code, Sections 841(a)(1) and 841 (b)(1)(C).

Case 1:04-cr-0 IMK Document 1 Filed 01/08/04 Page 11 of 13

**COUNT TEN**

On or about October 7, 2003, in Monongalia County, within the Northern District of West Virginia, the defendants, **KENNETH R. BUZZO** and **DUPRE E. PHILLIPS**, a/k/a/ "**BLUE**", aided and abetted by each other, did unlawfully, knowingly, intentionally, and without authority distribute approximately .84 grams of cocaine base, also known as "crack", a Schedule II, narcotic drug-controlled substance, as designated by Title 21, United States Code, Section 812(c), Schedule II (a)(4), to a person known to the Grand Jury, in exchange for $200.00, in violation of Title 21, United States Code, Sections 841(a)(1) and 841 (b)(1)(C), and Title 18, United States Code, Section 2.

**COUNT ELEVEN**

On or about October 16, 2003, in Monongalia County, within the Northern District of West Virginia, the defendant, **OMAR ALBERTO JACK**, did unlawfully, knowingly, intentionally, and without authority distribute approximately .4 grams of cocaine base, also known as "crack", a Schedule II, narcotic drug-controlled substance, as designated by Title 21, United States Code, Section 812(c), Schedule II (a)(4), to a person known to the Grand Jury, in exchange for $100.00, in violation of Title 21, United States Code, Sections 841(a)(1) and 841 (b)(1)(C).

**COUNT TWELVE**

In or about Fall, 2003, in Monongalia County, within the Northern District of West Virginia, the defendant, **JILLIAN FAITH HUENKE**, aided and abetted by persons known and unknown to the grand jury, did unlawfully, knowingly, intentionally open and maintain a place for the purpose of distributing and using a controlled substance, namely, cocaine base, also known as "crack", a Schedule II, narcotic drug-controlled substance, as designated by Title 21, United States Code, Section 812(c), Schedule II (a)(4), as an owner, lessee, and agent of a building, room and enclosure known as 484 Dallas Street, Morgantown, West Virginia, and did knowingly and unlawfully manage, control, and otherwise make available, with and without compensation said building, room, and enclosure for the purpose of unlawfully using and distributing a controlled substance, namely cocaine base, also known as "crack", a schedule II narcotic drug controlled substance, in violation of Title 21, United States Code, Sections 856 and Title 18, United States Code, Section 2.

A True Bill,

**REDACTED**

Thomas E. Johnston
United States Attorney