Identity Hearing

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST — CONTINUATION

USA vs. Orlan Parks CASE NO. 1:07-M-33M

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | W-1 | | | Robert Adams, |
| | | 4-2-07 | ✓ | ✓ | Photograph of "Cash |
| | | 4-2-07 | ✓ | | Warrant" |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |