# Fall River Police Department

Image Date: 07/20/2004

