Warrant for Arrest

# United States District Court

## NORTHERN DISTRICT OF WEST VIRGINIA

RECEIVED
05 NOV -9 AM 10: 25
UNITED STATES MARSHAL
NORTHERN/WEST VIRGINIA
CLARKSBURG

COPY

UNITED STATES OF AMERICA

V.

OMAR PARKS a/k/a "CASH"

## WARRANT FOR ARREST

CASE NUMBER: 1:04CR12

1:07-M-33M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest OMAR PARKS a/k/a "CASH"

and bring him forthwith to the nearest magistrate to answer a(n)

X Indictment Information Complaint Order of court Violation Notice Probation Violation Petition

charging him with (brief description of offense)

Drug conspiracy - 1 count
Distribution of crack, aiding and abetting - 2 counts

Title 18 United States Code, Section(s) 2
in violation of Title 21 United States Code, Section(s) 841(a)(1), 841(b)(1)(A)(iii), 841(b)(1)(C), 846

John S. Kaull
Name of Issuing Officer

US Magistrate Judge
Title of Issuing Officer

John S. Kaull
Signature of Issuing Officer

November 8, 2005 Clarksburg WV
Date and Location

Bail fixed at $ ______________ by ______________
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at ______________ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |