IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Misc. No. 07-M-33M |
| | ) | |
| OMAR PARKS, a/k/a CASH | ) | |

**ORDER OF REMOVAL**

Defendant, OMAR PARKS, a/k/a CASH, having appeared before me on this 2nd day of April, 2007, and exercised his right to an identity hearing pursuant to Rule 40, Federal Rules of Criminal Procedure, and after consideration of the evidence and arguments presented and findings that there is substantial information indicating that the defendant is the person named in the warrant and the indictment issued in the Northern District of West Virginia, it is

ORDERED, ADJUDGED and DECREED

that defendant, OMAR PARKS, a/k/a CASH, is detained and is remanded to the custody of the United States Marshal for transfer forthwith to the Northern District of West Virginia.

BY ORDER:

/s/Martha Saucier
DEPUTY CLERK

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge

DATE: April 2, 2007