IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Misc. No. 07-M-33M |
| | ) | |
| OMAR PARKS, a/k/a CASH | ) | |

**ORDER OF REMOVAL**

Defendant, OMAR PARKS, a/k/a CASH, having appeared before me on this 2nd day of April, 2007, and exercised his right to an identity hearing pursuant to Rule 40, Federal Rules of Criminal Procedure, and after consideration of the evidence and arguments presented and findings that there is substantial information indicating that the defendant is the person named in the warrant and the indictment issued in the Northern District of West Virginia, it is

ORDERED, ADJUDGED and DECREED

that defendant, OMAR PARKS, a/k/a CASH, is detained and is remanded to the custody of the United States Marshal for transfer forthwith to the Northern District of West Virginia.

RECEIVED
2007 APR 30 A 8:38
U.S. MARSHAL'S OFFICE
DISTRICT OF R.I.

BY ORDER:

/s/Martha Saucier
DEPUTY CLERK

ENTER:

/s/ David L. Martin
DAVID L. MARTIN
United States Magistrate Judge

DATE: April 2, 2007

Attest to
True Copy
DAVID A. DIMARZIO
By [signature]
Deputy Clerk

04/24/07 EXECUTED IN FULL. DEFENDANT OMAR PARKS RECEIVED IN THE NORTHERN DISTRICT OF WEST VIRGINIA 04/24/07. J.C. RAFFETY, USM
By [signature] DUSM

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA
V.

OMAR PARKS a/k/a "CASH"

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | 1:04CR12 | 1:07-M-33M | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN

☒ Indictment ☐ Information ☐ Complaint ☐ Other (specify)

**charging a violation of** 18; 21 U.S.C. § 2; 841(a)(1), 841(b)(1)(A)(iii), 841(b)(1)(C), 846

DISTRICT OF OFFENSE: Northern District of West Virginia

DESCRIPTION OF CHARGES: Drug Conspiracy and Distribution of Crack and Aiding and Abetting

CURRENT BOND STATUS:

☐ Bail Fixed at ________________ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel ☒ Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** ☒ No ☐ Yes Language: ________________

DISTRICT OF RHODE ISLAND

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

April 2, 2007 [signature]
Date Judicial Officer / Clerk

Attest to True Copy
DAVID A. DiMARZIO
By [signature] Deputy Clerk

RETURN

**This commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| 04/24/07 | NORTHERN REGIONAL JAIL | 04/24/07 |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| 04/27/07 | J.C. RAFFERTY MW | [signature] |

This form was electronically produced by John Etchells using Omniform Internet Publisher.